CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 18 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **SAMUEL ROBERT CONRAD, III,** | ) | **Civil Action No. 7:10-cv-00560** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BETTY AKERS, et al.,** | ) | **By: Hon. Jackson L. Kiser** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that plaintiff's motion for a preliminary injunction is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff and counsel of record for the defendants.

**ENTER**: This 18th day of August, 2011.

Senior United States District Judge