CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe
AUG 3 0 2011
JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERT CONRAD, III, | ) | Civil Action No. 7:10-cv-00560 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BETTY AKERS, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motions for default judgment are **DENIED**; defendants' motion for summary judgment is **GRANTED**; plaintiff's motion for summary judgment is **DENIED**; plaintiff's motions for the appointment of counsel are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This 30th day of August, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge